IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN JUNIOR BLOUNT, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05CV00643 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| C/O BOYD, et al., | ) | By: Hon. Glen E. Conrad |
| Defendants. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the plaintiff's motion for a preliminary injunction shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 12th day of January, 2006.

_____
United States District Judge